IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC., | § § § § | |
| PLAINTIFFS, | § § | |
| VS. | § | CIVIL ACTION NO. |
| | § § | _____ |
| BERESKIN & PARR AND H. SAMUEL FROST, | § § § § | |
| DEFENDANTS. | § | |

## APPENDIX TO NOTICE OF REMOVAL

134005v1

## APPENDIX TO NOTICE OF REMOVAL

## EXHIBIT A--INDEX

EXHIBIT A--Index

EXHIBIT B--True and correct copy of the D.C. Court Action docket sheet.

EXHIBIT C--True and correct copies of each document filed in the D.C. Court Action, except discovery materials.

EXHIBIT D--True and correct copy of the summons.

134005v1