**APPENDIX TO NOTICE OF REMOVAL**

**EXHIBIT B—DOCKET SHEET**

134005v1

2006 CA 006584 M         TOUCHCOM, INC. et al    Vs.   BERESKIN & PARR et al         TBA

Search Criteria
 Docket Entry                              Begin Date              SortDescending
 Images         All Dockets                End Date
 Participant
 Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 9/13/2006 | | Notice of Hearing Mailed Next Business Day | | |
| 9/13/2006 | | Notice Of Hearing Sent on: 09/13/2006 08:49:13 Event Scheduled Event: Scheduling Conference Hearing Date: 12/08/2006   Time: 9:30 am Judge: NEW CIVIL JUDGE TBA    Location: Courtroom 519 | | |
| 9/13/2006 | | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 12/01/2006 at 9:30 am has been resulted as follows:  Result: Scheduling Conf Hrg Cont'd - Judge Not Available Judge: NEW CIVIL JUDGE TBA    Location: Courtroom 519 | | |
| 8/28/2006 | | Issue Date: 08/28/2006 Service:  Summons Issued Method:   Service Issued Cost Per:  $  BERESKIN & PARR 40 King Street, 40th Floor Toronto, Ontario, Canada M5H 3Y2 Unknown, UNK   00000 Tracking No: 5000022167  FROST, H SAMUEL 6733 Mississauga Road, Ste 600 Mississauga, Ontario, Canada L5N 6J5 Unknown, UNK   00000 Tracking No: 5000022168 | | |
| 8/25/2006 | | Event Scheduled Event: Initial Scheduling Conference-60 Date: 12/01/2006   Time: 9:30 am Judge: NEW CIVIL JUDGE TBA    Location: Courtroom 519  Result: Scheduling Conf Hrg Cont'd - Judge Not Available | | |
| 8/25/2006 | 1 | Complaint for Malpractice Legal Filed Receipt: 48693  Date: 08/25/2006 | | 120.00 |