IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC., | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. _____ |
| BERESKIN & PARR AND H. SAMUEL FROST, | § § § | |
| Defendants. | § § | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Bereskin & Parr respectfully submits this Corporate Disclosure and states that it has no parent corporation and that no publicly traded company owns any shares of this law firm.

Dated: September 19, 2006

Respectfully submitted,

Peter E. Strand
D.C. Bar No. 481870

Carlos E. Provencio
D.C. Bar No. 461227

600 14th Street N.W., Suite 800
Washington, D.C. 20005-2004
202-783-8400 – Telephone
202-783-4211 – Facsimile
SHOOK, HARDY & BACON L.L.P.

134029v1

**Of Counsel**

John H. Martin
Texas State Bar No. 13086500

Julia Callis
Texas State Bar No. 00795453

Julie E. Payne
Texas State Bar No. 24046601

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214-969-1700 – Telephone
214-969-1751 – Facsimile
THOMPSON & KNIGHT L.L.P.

ATTORNEYS FOR DEFENDANTS
BERESKIN & PARR AND H. SAMUEL FROST

134029v1

## CERTIFICATE OF SERVICE

On this 19th day of September, 2006, I served a true and correct copy of this document by regular mail on all counsel of record.

_____
Carlos E. Provencio

Service Copies to:

James B. Vogts, Esq.
Wildman Harrold
225 W. Wacker Drive,
Suite 3000
Chicago, Illinois 60606
Phone: (312) 201-2000
Fax: (312) 201-2555


Nathan Lewin, Esq.
Alyza D. Lewin, Esq.
Lewin & Lewin
1828 L Street NW
Suite 901
Washington, D.C. 20006
Phone: (202) 828-1000

134029v1