IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC., <br><br> PLAINTIFFS, <br><br> VS. <br><br> BERESKIN & PARR AND H. SAMUEL FROST, <br><br> DEFENDANTS. | § § § § § § § § § § § § § CIVIL ACTION NO. 1:06-cv-1622 |

### AFFIDAVIT OF H. ROGER HART

CITY OF TORONTO

PROVINCE OF ONTARIO

BEFORE ME, the undersigned authority, on this day personally appeared H. Roger Hart, who being by me duly sworn on his oath deposes and says:

1. My name is H. Roger Hart. I am over twenty-one (21) years of age, I have never been convicted of a felony or misdemeanor crime involving moral turpitude, and I am competent to make this affidavit. I have personal knowledge of the facts stated herein, and the facts stated are true and correct.

2. I am a partner of Bereskin & Parr ("B&P"), an intellectual property firm. I have been a partner since 1979. I am a registered patent and trademark agent in Canada. I am also licensed to practice law in Canada. I am also registered in the United States Patent and Trademark Office ("U.S. PTO") as a patent agent entitled to act on behalf of Canadian resident applicants.

AFFIDAVIT OF H. ROGER HART — PAGE 1

3. B&P is not domiciled in or organized under the laws of the District of Columbia. B&P has four offices, all of which are located in Canada. B&P does not have, and has never had, an office or employees located in the United States.

4. B&P does not maintain a principal place of business in the District of Columbia.

5. Although a number of Canadian lawyers are affiliated with B&P, these lawyers are not authorized to practice law in the United States. Although B&P does have lawyers and patent agents who are licensed to practice as patent agents before the U.S. Patent and Trademark Office ("U.S. PTO") in Virginia, no lawyer or patent agent affiliated with B&P is or ever has been licensed to practice in the District of Columbia. B&P professionals are only authorized to practice as patent agents before the U.S. PTO on behalf of Canadian residents.

6. B&P has retained firms in the District of Columbia on behalf of clients of B&P in Canada to render services for its clients in the U.S. PTO.

7. B&P provides services to residents of other countries, including U.S. residents, in connection with issues related to intellectual property rights in Canada. Except with respect to performing these services, which are provided in Canada, B&P has never contracted to provide services to a resident of the District of Columbia.

8. Except in connection with the provision of services in Canada related to intellectual property rights in Canada, B&P does not solicit business from residents of the District of Columbia.

9. B&P has never contracted to insure or acted as a surety for or on behalf of any person, property, or risk, contract, obligation, or agreement located, executed, or to be performed within the District of Columbia.

AFFIDAVIT OF H. ROGER HART — PAGE 2

10. B&P does not own, and has never owned, real property in the District of Columbia. B&P does not and has never used or possessed real property in the District of Columbia.

11. No lawyer or patent agent affiliated with B&P regularly conducts business in the District of Columbia.

FURTHER AFFIANT SAYETH NOT.

_____
H. ROGER HART

SUBSCRIBED AND SWORN TO before me this 20th day of September, 2006.

_____
Notary Public in and for Toronto, Ontario, Canada

My commission expires: _____

My commission is not time limited

2084207.1

AFFIDAVIT OF H. ROGER HART — PAGE 3