IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC., | § § § | |
| PLAINTIFFS, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:06-CV-1622 |
| BERESKIN & PARR AND H. SAMUEL FROST, | § § § | |
| DEFENDANTS. | § | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE OF JULIA JONES CALLIS**

Pursuant to Rule 83.2(c) of the local rules for the United States District Court for the District of Columbia, I, Carlos E. Provencio, an attorney in good standing admitted to practice before this Court, move for the admission pro hac vice of Julia Jones Callis to the bar of this Court for the purpose of representing Bereskin & Parr and H. Samuel Frost in this matter. In support of this motion, I submit the following information:

(a) Full name of the attorney to be admitted:

Julia Jones Callis

(b) Address, telephone number, and fax number of the attorney to be admitted:

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214.969.1720 – Telephone
214.999.1520 – Facsimile
e-mail: julia.callis@tklaw.com

(c) Name of the firm or letterhead under which the attorney to be admitted practices:

Thompson & Knight LLP

— PAGE 1

(d) Name of the law school(s) the attorney to be admitted attended and the date(s) of graduation therefrom:

Louisiana State University – 1993

(e) Bars, state and federal, of which the attorney to be admitted is a member, with dates of admission and registration numbers, if any:

State Bar of Texas – Bar. No. 00795453
State Bar of Louisiana – Bar No. 22446
USDC, Northern District of Texas
USDC, Eastern District of Texas

(f) The attorney to be admitted is a member in good standing of all bars to which she is admitted and is not under suspension or disbarment from any bar.

(g) The attorney to be admitted does not engage in the practice of law from an office located in the District of Columbia.

Ms. Callis attests under the penalty of perjury the truth and accuracy of the foregoing facts, and based on such attestation, Movant respectfully requests that this motion be granted and that Ms. Julia Callis be admitted pro hac vice to the bar of this Court to appear in the instant matter.

_____
Julia Jones Callis
Attorney to be admitted

_____
Carlos E. Provencio
Movant

## CERTIFICATE OF SERVICE

On this 26th day of September, 2006, I served a true and correct copy of this document by electronic filing on all counsel of record.

_____
Carlos Provencio