IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC., | § § § | |
| PLAINTIFFS, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:06-CV-1622 |
| BERESKIN & PARR AND H. SAMUEL FROST, | § § § | |
| DEFENDANTS. | § § | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE OF JOHN H. MARTIN

Pursuant to Rule 83.2(c) of the local rules for the United States District Court for the District of Columbia, I, Carlos E. Provencio, an attorney in good standing admitted to practice before this Court, move for the admission pro hac vice of John H. Martin to the bar of this Court for the purpose of representing and serving as Lead Counsel for Bereskin & Parr and H. Samuel Frost in this matter. In support of this motion, I submit the following information:

(a) Full name of the attorney to be admitted:

John H. Martin

(b) Address, telephone number, and fax number of the attorney to be admitted:

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214.969.1229 – Telephone
214.969.1751 – Facsimile
e-mail: john.martin@tklaw.com

(c) Name of the firm or letterhead under which the attorney to be admitted practices:

Thompson & Knight LLP

(d) Name of the law school(s) the attorney to be admitted attended and the date(s) of graduation therefrom:

University of Texas School of Law – 1974

(e) Bars, state and federal, of which the attorney to be admitted is a member, with dates of admission and registration numbers, if any:

State Bar of Texas – Bar. No. 13086500 – admitted 10/22/74
U.S. Supreme Court – 4/29/91
U.S. Court of Appeals, 5th Circuit – admitted 6/4/79 and 10/1/81
U.S. Court of Appeals, 8th Circuit – Bar. No. 03-0080, admitted 4/1/03
USDC, Northern District of Texas – admitted 1/30/75
USDC, Eastern District of Texas – admitted 9/15/75
USDC, Western District of Texas – admitted 3/26/92
USDC, Southern District of Texas – ID# 14920 – admitted 12/7/81 and 2/5/93

(f) The attorney to be admitted is a member in good standing of all bars to which he is admitted and is not under suspension or disbarment from any bar.

(g) The attorney to be admitted does not engage in the practice of law from an office located in the District of Columbia.

Mr. Martin attests under the penalty of perjury the truth and accuracy of the foregoing facts, and based on such attestation, Movant respectfully requests that this motion be granted and that Mr. John H. Martin be admitted pro hac vice to the bar of this Court to appear in the instant matter.

_____
John H. Martin
Attorney to be admitted

_____
Carlos E. Provencio
Movant

## CERTIFICATE OF SERVICE

On this 26th day of September, 2006, I served a true and correct copy of this document by electronic filing on all counsel of record.

_____
Carlos Provencio