AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

TOUCHCOM, INC. ET AL

        Plaintiff(s)   )   **APPEARANCE**
                                )
                                )
              vs.            )   CASE NUMBER
BERESKIN & PARR;          )
H. SAMUEL FROST          )   1:06-cv-1622
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Peter E. Strand  as counsel in this
                                 (Attorney's Name)

case for:  Bereskin & Parr; H. Samuel Frost
              (Name of party or parties)

September 28, 2006
Date

*(signature)*
Signature

D.C. Bar No. 481870
BAR IDENTIFICATION

Peter E. Strand
Print Name

Shook, Hardy & Bacon L.L.P., 600 14th St. NW, Suite 800
Address

Washington, DC  20005
City        State        Zip Code

202-639-5617
Phone Number