IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC., §§§§§ PLAINTIFFS, § VS. § BERESKIN & PARR AND §§§§§ H. SAMUEL FROST, § DEFENDANTS. | CIVIL ACTION NO. 1:06-CV-1622 |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE OF JULIE E. PAYNE**

Pursuant to Rule 83.2(c) of the local rules for the United States District Court for the District of Columbia, I, Carlos E. Provencio, an attorney in good standing admitted to practice before this Court, move for the admission pro hac vice of Julie E. Payne to the bar of this Court for the purpose of representing Bereskin & Parr and H. Samuel Frost in this matter. In support of this motion, I submit the following information:

(a) Full name of the attorney to be admitted:

Julie E. Payne

(b) Address, telephone number, and fax number of the attorney to be admitted:

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214.969.1745 – Telephone
214.880.3168 – Facsimile
e-mail: julie.payne@tklaw.com

(c) Name of the firm or letterhead under which the attorney to be admitted practices:

Thompson & Knight LLP

(d) Name of the law school(s) the attorney to be admitted attended and the date(s) of graduation therefrom:

Tulane University Law School– 2004

(e) Bars, state and federal, of which the attorney to be admitted is a member, with dates of admission and registration numbers, if any:

State Bar of Texas – Bar. No. 24046601
USDC, Northern District of Texas

(f) The attorney to be admitted is a member in good standing of all bars to which she is admitted and is not under suspension or disbarment from any bar.

(g) The attorney to be admitted does not engage in the practice of law from an office located in the District of Columbia.

Ms. Payne attests under the penalty of perjury the truth and accuracy of the foregoing facts, and based on such attestation, Movant respectfully requests that this motion be granted and that Ms. Julie Payne be admitted pro hac vice to the bar of this Court to appear in the instant matter.


_____/S/_____             _____/S/_____
Julie E. Payne                          Carlos E. Provencio
Attorney to be admitted                 Movant

**CERTIFICATE OF SERVICE**

On this 29th day of September, 2006, I served a true and correct copy of this document by electronic filing on all counsel of record.

                                          /S/
                                   Carlos Provencio