UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOUCHCOM, INC. and <br> TOUCHCOM TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BERESKIN & PARR and <br> H. SAMUEL FROST, <br><br> Defendants. | Civil Action No. 1:06-CV-1622 (HHK) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL DOCKTERMAN, JAMES B. VOGTS AND LUCY C. LISIECKI; DECLARATIONS OF MICHAEL DOCKTERMAN, JAMES B. VOGTS AND LUCY C. LISIECKI**

Nathan Lewin and Alyza D. Lewin of Lewin & Lewin LLP, attorneys duly admitted and in good standing with the Bar of this Court, hereby move for the admission of Michael Dockterman, James B. Vogts and Lucy C. Lisiecki, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for Touchcom, Inc. and Touchcom Technologies, Inc. in the above-captioned action. This motion is accompanied by the declarations of Michael Dockterman, James B. Vogts and Lucy C. Lisiecki.

-2-

We respectfully request that the Court permit Michael Dockterman, James B. Vogts and Lucy C. Lisiecki to appear *pro hac vice* in this matter.

Respectfully submitted,

LEWIN & LEWIN, LLP

By: ___/s/ Alyza D. Lewin_____
     Nathan Lewin (D.C. Bar No. 38299)
     Alyza D. Lewin (D.C. Bar No. 445506)
     1828 L Street NW, Suite 901
     Washington, DC 20036
     Telephone: (202) 828-1000
     Facsimile: (202) 828-0909
     E-mail: nat@lewinlewin.com

*Attorneys for Plaintiffs*