UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOUCHCOM, INC. and<br>TOUCHCOM TECHNOLOGIES, INC.,<br><br>           Plaintiffs,<br><br>v.<br><br>BERESKIN & PARR and<br>H. SAMUEL FROST,<br><br>           Defendants. | Civil Action No. 1:06-CV-1622 (HHK) |

**DECLARATION IN SUPPORT OF *PRO HAC VICE* ADMISSION**

I, Michael Dockterman, declare under penalty of perjury:

1. I am a partner in the law firm of Wildman, Harrold, Allen & Dixon, LLP, 225 W. Wacker Drive, Chicago, IL 60606. The firm phone number is 312-201-2000. I do not have an office in the District of Columbia, and I am not a member of the District of Columbia bar.

2. I have been retained to represent plaintiffs Touchcom, Inc. and Touchcom Technologies, Inc. in the above-captioned case. The plaintiffs have also retained Nathan Lewin of the law firm Lewin & Lewin, LLP, 1828 L Street NW, Washington D.C. 20036. The firm phone number is 202-828-1000.

3. I am admitted to practice before the Supreme Court of Illinois, the Supreme Court of the United States, the United States District Court for the Northern, Central and Southern Districts of Illinois, the United States District Court for the Eastern and Western Districts of Michigan, the United States District Court for the Eastern District of Missouri, the United States

Court of Appeals for the Second, Fourth, Sixth, Seventh and Ninth Circuits, and the United States Court of Appeals for the Federal Court.

4. I have not been disciplined for any reason by any bar.

5. I have previously acted as lead counsel in federal district courts and state trial courts of general jurisdiction in contested evidentiary hearings and trials on the merits.

6. I have read the Local Rules of this Court.

7. I have not been admitted *pro hac vice* to the bar of the District Court for the District of Columbia within the past two years.


September 26, 2006
Date

Michael Dockterman