UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOUCHCOM, INC. and <br> TOUCHCOM TECHNOLOGIES, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> BERESKIN & PARR and <br> H. SAMUEL FROST, <br> <br> Defendants. | Civil Action No. 1:06-CV-1622 (HHK) |

## DECLARATION IN SUPPORT OF *PRO HAC VICE* ADMISSION

I, Lucy C. Lisiecki, declare under penalty of perjury:

1. I am an associate in the law firm of Wildman, Harrold, Allen & Dixon, LLP, 225 W. Wacker Drive, Chicago, IL 60606. The firm phone number is 312-201-2000. I do not have an office in the District of Columbia, and I am not a member of the District of Columbia bar.

2. I have been retained to represent plaintiffs Touchcom, Inc. and Touchcom Technologies, Inc. in the above-captioned case. The plaintiffs have also retained Nathan Lewin of the law firm Lewin & Lewin, LLP, 1828 L Street NW, Washington D.C. 20036. The firm phone number is 202-828-1000.

3. I am admitted to practice before the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

4. I have not been disciplined for any reason by any bar.

5. I have participated in a junior capacity in an entire jury or bench trial in federal district court or a state trial court of general jurisdiction.

6. I have read the Local Rules of this Court.

7. I have not been admitted *pro hac vice* to the District of D.C. within the past two years.

_Sept. 26, 2006_
Date

_Lucy Lisiecki_
Lucy C. Lisiecki