IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC., <br><br>   PLAINTIFFS, <br><br> VS. <br><br> BERESKIN & PARR AND H. SAMUEL FROST, <br><br>   DEFENDANTS. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:06-CV-1622 (HHK) |

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(i)

Plaintiffs, Touchcom, Inc. and Touchcom Technologies, Inc. (collectively referred to as "plaintiffs"), file this notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(i), and state as follows:

1.   This lawsuit was originally filed in the Superior Court of the District of Columbia on August 25, 2006. It was removed to this Court on September 19, 2006.

2.   The defendants have been served. Neither defendant has filed an answer or a motion for summary judgment.

3.  Plaintiffs file this notice of dismissal with the intention of dismissing this case under Federal Rule of Civil Procedure 41(a)(i), without prejudice to refiling.

Dated: October 3, 2006                     Respectfully submitted,

                                           LEWIN & LEWIN, LLP


                                           By:   */s/ Nathan Lewin*
                                                 Nathan Lewin (D.C. Bar No. 38299)
                                                 Alyza D. Lewin (D.C. Bar No. 445506)
                                                 1828 L Street NW, Suite 901
                                                 Washington, DC  20036
                                                 Telephone:  (202) 828-1000
                                                 Facsimile:  (202) 828-0909
                                                 E-mail:  nat@lewinlewin.com